IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GREGORY BOYKINS, #107120, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:03cv670-A |
| | ) | (WO) |
| GWENDOLYN MOSLEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on August 23, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED pursuant to the notice of dismissal filed by plaintiff on August 16, 2005.

Done this 13th day of September, 2005.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE